David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480 Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

           Plaintiff,

    - against -

FDX-CALIBER LOGISTICS; FEDEX
SUPPLY CHAIN SERVICES, INC.; FEDEX
SUPPLY CHAIN SYSTEMS, INC.; FEDERAL
EXPRESS CORPORATION; FEDEX
CORPORATION d/b/a/ FEDEX;

           Defendants.
------------------------------------------------------------x

12 Civ. 3295 (AJN) (AJP)

**STIPULATION & ORDER
OF DISCONTINUANCE**

    A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(A)(ii) Federal Rules of Civil Procedure, with each party to pay its own costs and attorney fees.

    It is further stipulated and agreed that, if the settlement funds are not paid within thirty (30) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel; and

    It is further stipulated and agreed that upon receipt by plaintiff of the agreed settlement funds, this dismissal order will be deemed to have with-prejudice effect.

Dated: New York, New York
       August __, 2012

SO ORDERED:

_____
UNITED STATES JUDGE

[counsel signatures on p. 2]

12 Civ. 3295 (AJN) (AJP)
Stipulation & Order of Discontinuance
Page 2


LAW OFFICES,
DAVID L. MAZAROLI

_____
David L. Mazaroli
Attorney for Plaintiffs
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 2G-2149


FedEx Legal Department
Attorneys for Defendants
FDX-CALIBER LOGISTICS
FEDEX SUPPLY CHAIN SERVICES, INC.
FEDEX SUPPLY CHAIN SYSTEMS, INC.
FEDERAL EXPRESS CORPORATION
FEDEX CORPORATION d/b/a/ FEDEX

By:_____
Justin Ross, Esq.
Admitted *Pro Hac Vice*
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, TN 38125
Tel.: (901)434-8570